IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| HANNAH DAVID,   Individually and on behalf of her minor daughter | ) ) ) | CIVIL NO. _____<br>(Other Civil Action) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | VERIFICATION OF HANNAH DAVID |
| PANKAJ BHANOT, DIRECTOR OF THE DEPARTMENT OF HUMAN SERVICES, STATE OF HAWAII, ET AL, | ) ) ) ) ) ) | |

## VERIFICATION OF HANNAH DAVID

STATE OF HAWAII                         )
                                                        )    SS.
CITY AND COUNTY OF HONOLULU    )

HANNAH DAVID, being first duly sworn on oath, verifies and says that she is the  Plaintiff in the above entitled matter, that she has read the factual allegations in the attached Verified Complaint for Declaratory and Injunctive Relief,  and that the facts set forth therein are true and correct to the best of her knowledge, understanding, and belief.

HANNAH DAVID

Subscribed and sworn to before me this
_____ day of _Jamuary_ 2020.

_____

Notary Public, State of Hawaii
04-517

My Commission Expires 9/12/2020

NOTARY CERTIFICATION

Doc. Date: 1/2/2020   # Pages: 2

Name: Hi Hm T. Lru   First Circuit

Doc. Description: Verification

Hannah David

Signature   1/2/2020
Date

NOTARY
04-517
PUBLIC

2